# Court of Appeals
# of the State of Georgia

ATLANTA,  May 23, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1755.  PATRICK HOWARD v. THE STATE.**

Patrick Howard has been charged with several offenses, including cocaine trafficking.  After the trial court set bond, Howard filed a motion for bond reduction. On February 29, 2012, the trial court denied the motion, and the order was entered on March 1, 2012.  On March 12, 2012, Howard filed a pro se notice of appeal seeking to appeal an order allegedly entered on February 28, 2012.

The record contains no order dated February 28, 2012.  To the extent that Howard was attempting to appeal the March 1, 2012 order, we lack jurisdiction. Because the case remains pending for trial, the order that Howard seeks to appeal is interlocutory and thus Howard must comply with interlocutory appeal procedures in order to appeal.  See *Boyd v. State*, 191 Ga. App. 435 (383 SE2d 906) (1989).  His failure to do so deprives this Court of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 05/23/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*